RECEIVED
FILED

JUN 20  1 05 PM '12

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name of Attorney ANGELA H. DOWS, ESQ.
   Bar #   010339
2  Address  1333 North Buffalo Drive Suite 210
            Las Vegas, NV 89128
3  Phone #  702-794-4411
   e-mail address adows@readelawfirm.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:                                    ) Bankruptcy No.: BK-S-10-32269-bam
                                          ) Chapter 7
JONATHAN HAUTIO CULVER, and               )
HEIDI MARIE CULVER,                       ) MOTION TO WITHDRAW MONEY
                                          ) UNDER 28 U.S.C. SECTION 2042
                                          )
                                          ) Hearing Date:
                        Debtor(s).        ) Hearing Time:
                                          )

There was a dividend check in the amount $ 2,791.33 _____ in the above- named case issued to One

Nevada Credit Union . Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C.

Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.


PLEASE CHECK THE PARAGRAPH THAT APPLIES:

☒ Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the

moneys deposited.

☐ Claimant is not the creditor but is entitled to payment of these moneys because (Please state the basis

for your claim to the moneys)

On or about November 28, 2011, an Order was entered approving the Trustee's Final Report which allowed Creditor a proposed payment in the amount of $2,791.33. Notice of unclaimed funds being deposited in the United States Bankruptcy Court in the care of Nevada Federal Credit Union was provided to Creditor's former address. On or about April 4, 2012, Creditor filed a change of address form. Creditor requests that the amount of $2,791.33 be released to its present business address as follows: One Nevada Credit Union, 2645 South Mojave Road, Las Vegas, Nevada 89121, Ref: Culver - Account No. XXXX98.

Please attach copies of any supporting documentation.[1]

Date: June 19, 2012

*/s/ AHD*
Signature of Claimant or Attorney

ANGELA H. DOWS, ESQ.
Printed Name
1333 North Buffalo Dr., Suite 210

Las Vegas, Nevada 89128
Mailing Address

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.

2